UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH SUE STEELE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALL YE JUDGES OF THE COURTS, et al.,<br><br>　　　　　Defendants. | **1:22-cv-01117-GSA-PC**<br><br>**ORDER STRIKING MOTION FOR LACK OF SIGNATURE**<br>**(ECF No. 7.)** |

　　　Rebekah Sue Steele ("Plaintiff") is a jail inmate proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  On September 12, 2022, Plaintiff filed an unsigned motion. (ECF No. 7.)  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on September 12. 2022, is STRICKEN from the record for lack of signature.[1]

IT IS SO ORDERED.

　Dated:   **September 13, 2022**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] A document which is "stricken" will not be considered by the Court for any purpose.  (Informational Order, ECF No. 4 at 2:7-8.)