UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH SUE STEELE,<br><br>Plaintiff,<br><br>vs.<br><br>ALL YE JUDGES OF THE COURTS, et al.,<br><br>Defendants. | 1:22-cv-01117-GSA-PC<br><br>**ORDER TO SUBMIT A NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $402.00 FILING FEE WITHIN THIRTY DAYS** |

   Rebekah Sue Steele ("Plaintiff") is a former jail inmate proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On August 25, 2022, Plaintiff filed the complaint commencing this action. (ECF No. 1.)

   Plaintiff has not paid the $402.00 filing fee, nor submitted an application to proceed *in forma pauperis* on the Court's form pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

   1.  The Clerk's Office shall send to Plaintiff a form for application to *proceed in forma pauperis* **for a non-prisoner**; and

1

2. Within thirty days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis* **for a non-prisoner**, or in the alternative, pay the $402.00 filing fee in full for this action. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **September 14, 2022**                              **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE