UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH SUE STEELE,<br><br>    Plaintiff,<br><br>vs.<br><br>ALL YE JUDGES OF THE COURTS, et al.,<br><br>    Defendants. | **1:22-cv-01117-GSA-PC**<br><br>**ORDER TO SUBMIT A NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS ON THE COURT'S FORM OR PAY THE $402.00 FILING FEE, WITHIN THIRTY DAYS**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF A NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS FORM** |

     Rebekah Sue Steele ("Plaintiff") is a former jail inmate proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.

     On September 15, 2022, the Court issued an order requiring Plaintiff to submit a non-prisoner application to proceed *in forma pauperis* or pay the $402.00 filing fee, within thirty days. (ECF No. 10.) The Court sent Plaintiff an application on the Court's form for Plaintiff to complete and return to the Court. (Id.) On September 28, 2022, Plaintiff filed a response to the Court's order, submitting a copy of a handwritten motion for leave to proceed *in forma pauperis* for case no. 22HC00109.

1

1  Plaintiff's response to the Court's order is deficient. The motion submitted by Plaintiff is incomplete, does not pertain to this case, and was not submitted on the Court's form. Within thirty days, Plaintiff is required to submit a new application to proceed *in forma pauperis* by a non-prisoner <u>on the Court's form</u> or pay the $402.00 filing fee for this case.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Clerk's Office shall send to Plaintiff a form for application to *proceed in forma pauperis* **for a non-prisoner**;

2. Within thirty days of the date of service of this order, Plaintiff is required to submit the completed and signed application to proceed *in forma pauperis* **for a non-prisoner <u>on the Court's form</u>**, or in the alternative, pay the $402.00 filing fee in full for this action; and

3. **Failure to comply with this order will result in a recommendation to dismiss this action in its entirety.**

IT IS SO ORDERED.

Dated:   **October 11, 2022**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE